1 | BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
2 | Chang@blankrome.com
2029 Century Park East, 6th Floor
3 | Los Angeles, CA  90067
Telephone:  424.239.3400
4 | Facsimile:   424.239.3434

5 | Attorneys for Defendant
CREDIT CORP SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| THERESA SMITH, an individual, | Case No. 3:20-cv-01295-JAH-RBB |
|---|---|
| Plaintiff, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| CREDIT CORP SOLUTIONS INC., a corporation | |
| Defendants. | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Credit Corp Solutions, Inc., by and through its attorneys, Blank Rome LLP, hereby states that the parent corporation of Credit Corp. Solutions, Inc. (a private non-governmental party) is Credit Corp Facilities Pty Ltd., and there is no publicly held corporation owning 10% or more of its stock.

DATED:  September 30, 2020     BLANK ROME LLP

By: */s/ Cheryl. S. Chang*
    Cheryl S. Chang
Attorneys for Defendant
CREDIT CORP SOLUTIONS INC.

**RULE 7.1 DISCLOSURE STATEMENT**